IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DEBRA C. RICH, | * | |
| Plaintiff, | * | |
| v. | * | CV 619-028 |
| COLONIAL LIFE & ACCIDENTAL INSURANCE COMPANY, | * | |
| Defendant, | * | |
| CATHY COLEMAN, | * | |
| Third-Party Defendant. | * | |

**O R D E R**

Before the Court is Plaintiff and Defendant's stipulation of dismissal with prejudice. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared agree to the dismissal of the above-referenced action with prejudice. Although Third-Party Defendant Cathy Coleman is not a party to the stipulation of dismissal, she has not been served or filed an answer in this case. Therefore, under Rule 41(a)(1)(A)(i), Defendant may dismiss its claims against Ms. Coleman without her joining the stipulation of dismissal.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions

and **CLOSE** this case. Each party shall bear their own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of July, 2019.

*/s/ J. Randal Hall*
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA